MOLLFULLEDA *v.* EL REGISTRADOR DE LA PROPIEDAD.

RECURSO gubernativo contra nota del Registrador de la Propiedad de San Juan, Sección 1ª.

No. 129.--Resuelto en octubre 22, 1912.

RECURSOS GUBERNATIVOS—DESESTIMACIÓN DEL RECURSO—TÉRMINO PARA INTERPONERLO.—De acuerdo con la sección 3 de la ley sobre recursos contra resoluciones de los registradores de la propiedad aprobada en marzo 1, 1902, todo recurso gubernativo debe ser interpuesto dentro del término de veinte días, contado a partir de la fecha de la notificación de la negativa, y por tanto procede la desestimación del presente recurso por haberse interpuesto fuera de ese término.

Los hechos están expresados en la opinión.

El recurrente compareció en nombre propio.

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

La nota denegatoria contra la cual se ha interpuesto el presente recurso gubernativo, tiene fecha 5 de agosto de 1912 y fué notificada al presentante del documento el 7 de septiembre de 1912.  El escrito interponiendo el recurso es de fecha 5 de octubre de 1912 y fué archivado en la Secretaría de esta Suprema Corte el 21 de octubre actual.

En tal virtud, y visto lo dispuesto en la sección 3 de la ley sobre recursos contra resoluciones de los registradores

de la propiedad, aprobada en marzo 1, 1902, y lo resuelto en repetidos casos por este tribunal, procede la desestimación del recurso por haberse establecido fuera del término de 20 días fijado por la ley.

*Desestimado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y Aldrey.